**GOYETTE & ASSOCIATES, INC.**
GARY G. GOYETTE, SBN: 224715
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone: 916-851-1900
Facsimile; 916-851-1995

Attorneys for Plaintiff

**SPINELLI, DONALD & NOTT**
A Professional Corporation
LYNN A. GARCIA, SBN: 131196
601 University Avenue, Suite 225
Sacramento, California 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
COUNTY OF EL DORADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GELLMAN, | ) Case No.: 2:19-cv-01069-MCE-CKD |
| Plaintiff, | ) **STIPULATION OF DISMISSAL; ORDER** |
| v. | ) **THEREON** |
| COUNTY OF EL DORADO, et al. | ) |
| Defendants. | ) |

WHEREAS, Plaintiff Susan Gellman filed her Complaint on June 12, 2019 for violations of Civil

Rights Laws, 42 U.S.C. §1983; Retaliation in Violation of 42 U.S.C. §2000e; Retaliation (FEHA); Failure to

Prevent Discrimination and Retaliation (FEHA) and Defamation; and

WHEREAS, Plaintiff and Defendants County of El Dorado and Teri Monterosso reached a settlement

on September 16, 2020.  The settlement agreement has been executed by Plaintiff, but the settlement checks

have not yet been received by plaintiff;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Susan Gellman and

Defendants County of El Dorado and Teri Monterosso that the above-captioned action should be dismissed

///

---

1

**STIPULATION OF DISMISSAL; ORDER THEREON**

1  with prejudice.   The court will retain jurisdiction to enforce the settlement and the orders regarding deposit

2  and withdrawal of funds in the minor plaintiffs' blocked bank accounts.

3       IT IS SO STIPULATED.

4
                    Respectfully submitted,

5  Dated: September 24, 2020          GOYETTE & ASSOCIATES, INC.

                   /s/ Gary G. Goyette

6             By: _____

7                GARY G. GOYETTE

              Attorneys for Plaintiff

8  Dated: September 24, 2020       SPINELLI, DONALD & NOTT

9                /s/ Lynn A. Garcia

10             By: _____

11                LYNN A. GARCIA

              Attorneys for Defendant

12

13                    **ORDER**

14

15       The Court having considered the stipulation of the parties, and good cause appearing thereof, orders

16  as follows:

17       1.     The action is DISMISSED with prejudice as against Defendant County of El Dorado pursuant
to FRCP 41(a)(1)(A)(ii).

18       2.     The action is DISMISSED with prejudice as against Defendant Teri Monterosso pursuant to

19  FRCP 41(a)(1)(A)(ii).

20       3.     The matter having been concluded in its entirety, the Clerk of Court is directed to close the

21  case.

22       IT IS SO ORDERED.

23

24  Dated: October 6, 2020

25

26  MORRISON C. ENGLAND, JR

27  SENIOR UNITED STATES DISTRICT JUDGE

28

**STIPULATION OF DISMISSAL; ORDER THEREON**